IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00110-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  KIM CHI DANG,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED the sentencing in this case has been rescheduled for **April 2, 2010 at 10:00 a.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED February 9, 2010.